UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>TOREY RICHARDSON,<br><br>Defendant. | NO.  MJ25-167<br><br>COMPLAINT FOR VIOLATION<br><br>18 U.S.C. §§ 922(g)(1) |

BEFORE United States Magistrate Judge Brian A. Tsuchida, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Unlawful Possession of a Firearm)**

On or about March 17, 2025, in King County, within the Western District of Washington, TOREY RICHARDSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

      i.     *Conspiracy to Participate in a Racketeering Enterprise*, in United States District Court for the Eastern District of Louisiana, under case number 10-cr-00329, on or about August 29, 2013;

Complaint - 1
*United States v. Richardson*
USAO No. 2025R00403

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

     ii.    *Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base (280 grams or more)*, in United States District Court for the Eastern District of Louisiana, under case number 10-cr-00329, on or about August 29, 2013; and

     iii.    *Conspiracy to Possess Firearm in Furtherance of a Crime of Violence and Drug Trafficking Crimes.*, in United States District Court for the Eastern District of Louisiana, under case number 10-cr-00329, on or about August 29, 2013

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock 26, with a Glock 33 slide, frame semi-automatic, .9mm caliber handgun that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Alexander C. Simon, being first duly sworn on oath, depose and say:

1.    I am a Deputy U.S. Marshal assigned to the Western District of Washington, Seattle Office. I began my employment with the U.S. Marshals Service in 2022. I graduated from the Criminal Investigators Training Program at the Federal Law Enforcement Training Center and the U.S. Marshals Service Training Academy. I am currently assigned to the Pacific Northwest Violent Offender Task Force where one of my responsibilities has been fugitive investigations and apprehensions. I have assisted on many high-risk violent and high-profile fugitive cases.

2.    The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. I have also read reports written by law enforcement officers regarding the incident in this case. This affidavit is intended to show merely that there is sufficient probable cause for the above charge and does not set forth all of my knowledge about this matter.

Complaint - 2
*United States v. Richardson*
USAO No. 2025R00403

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.      On March 17, 2025, the Pacific Northwest Violent Offender Task Force (PNVOTF) conducted an operation to locate and arrest Torey RICHARDSON for his outstanding nationwide extraditable Gwinnett County Sheriff's Office felony warrant for Fleeing or Attempting to Elude a Police Officer for a Felony Offense, Possession of Marijuana, Possession of a Schedule 2 Substance, Possession of a Schedule 1 Substance (OCA/22W-013465).   Law enforcement subsequently received information that RICHARDSON was residing at 35703 16th Avenue South in Federal Way, Washington. Officers conducting surveillance subsequently observed RICHARDSON in the vicinity of that residence on two occasions in February and March 2025.

4.      Law enforcement planned an operation to arrest RICHARDSON on March 17, 2025 and set up surveillance locations at 16th Avenue South apartment.  At approximately 1:10 p.m., surveillance officers saw RICHARDSON walking in front of building B located inside in the apartment complex. Task Force Officer (TFO) Samuel Padula directed the surveillance team to initiate the arrest.

5.      I exited my vehicle and saw officers approach RICHARDSON to his west as was approaching on foot from the east.  I saw RICHARDSON look in the direction of approaching officers from the west and immediately attempt to flee back towards the east where I was coming from. However, once RICHARDSON cleared the corner of the building, he turned southbound between the buildings. I saw RICHARDSON lose his footing in the muddy area off the sidewalk and fall. At this moment, TFO Padula, coming from the parking lot to the north, was able to pin RICHARDSON to the ground. I arrived shortly after and maintained cover on RICHARDSON. TFO Justin Claxton and TFO Janelle Jones arrived soon afterwards. TFO Claxton and TFO Padula attempted to secure RICHARDSON's hands, but he remained on his left side and passively resisted officers' orders. After a brief time, TFO Padula successfully secured RICHARDSON's hands with assistance from TFO Claxton.

Complaint - 3
*United States v. Richardson*
USAO No. 2025R00403

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6.    Officers asked RICHARDSON multiple times during his arrest if he was armed and RICHARDSON stated that he was not. I began searching RICHARDSON



incident to arrest. At one point, I paused the search due to my rifle obstructing access. TFO Claxton continued the search and felt what he believed to be a firearm.  Upon further examination, TFO Claxton opened an interior pocket in RICHARDSON's jacket and discovered a loaded Glock with one round in the chamber and 17 rounds in the magazine. The firearm was equipped with an auto sear, commonly known as a "switch," that can make the weapon fully automatic.



7.    TFO Claxton removed the firearm, unloaded it, and then read RICHARDSON his Miranda rights. During the search incident to arrest, I discovered a black zippered bag containing three clear bags with an unknown white narcotic substance. I questioned RICHARDSON about the drugs, and he identified them as

Complaint - 4
*United States v. Richardson*
USAO No. 2025R00403

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

fentanyl and cocaine. Law enforcement was unable to conduct a field test on the suspected narcotics due to the lack of testing devices. TFO Claxton used a MobileDetect fentanyl test strip on one of the bindles, which returned negative results for fentanyl.

8. RICHARDSON was booked into King County Jail for his outstanding nationwide extraditable felony warrants from Gwinnett County Sheriff's Office.

9. TFO Claxton packaged and booked the firearm, ammunition and suspected drugs into Seattle Police Department evidence. The slide was identified as a Glock Model 33 slide (.357 caliber) that was reported stolen out of Pierce County, Washington. The frame was identified as a Glock 26 frame that was also reported stolen out of Pierce County. The barrel was a non-serialized 9 mm barrel.

10. I have consulted with Special Agent Brian Arnold of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), a court-recognized "interstate nexus" expert who has received specialized training in identifying the manufacturers and/or importers of firearms and ammunition. I am aware from Special Agent Arnold that Glock firearms and parts are not manufactured in the State of Washington and are only manufactured in the country of Austria and the state of Georgia. Therefore, the above firearm and parts necessarily had previously traveled in interstate or foreign commerce before being recovered in King County, Washington.

11. I have reviewed the criminal history report showing that RICHARDSON has been convicted for the following crimes punishable by imprisonment for a term exceeding one year:

i. *Conspiracy to Participate in a Racketeering Enterprise*, in United States District Court for the Eastern District of Louisiana, under case number 10-cr-00329, on or about August 29, 2013;

ii. *Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base (280 grams or more)*, in United States District Court

Complaint - 5
*United States v. Richardson*
USAO No. 2025R00403

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:25-cr-00059-LK   Document 1   Filed 03/26/25   Page 6 of 6

for the Eastern District of Louisiana, under case number 10-cr-00329, on or about August 29, 2013; and

iii.   *Conspiracy to Possess Firearm in Furtherance of a Crime of Violence and Drug Trafficking Crimes.*, in United States District Court for the Eastern District of Louisiana, under case number 10-cr-00329, on or about August 29, 2013

In each of the above cases, RICHARDSON was sentenced to a term of imprisonment exceeding one year.

Based on the above facts, I respectfully submit that there is probable cause to believe that TOREY RICHARDSON did knowingly and intentionally commit the offense of Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

ALEXANDER SIMON   Digitally signed by ALEXANDER SIMON
Date: 2025.03.26 12:52:28 -07'00'

_____

Alexander C. Simon, Complainant
Deputy United States Marshal, United States Marshal Service

The above-named Deputy provided a sworn statement attesting to the truth of the foregoing Complaint and Affidavit. Based on the Complaint and Affidavit, the Court hereby finds there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this ___26ᵗʰ___ day of March, 2025.

_____

BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 6
*United States v. Richardson*
USAO No. 2025R00403

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970